UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 06-39 (MJD)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| ALTON SCOTT POE, ) | |
| ) | |
| ) | |
| Defendant. ) | |

Upon the motion of the government, the Court hereby orders that the home address of the defendant be redacted from the transcript of the guilty plea hearing from February 16, 2006.

IT IS SO ORDERED this 5TH day of October, 2006

s / Michael J. Davis

The Honorable Michael J. Davis
United States District Court Judge